**[J-33-2016] [MO: Dougherty, J.]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 28 MAP 2015 |
| | : | |
| Appellee | : | Appeal from the Order of the Superior |
| | : | Court at No. 1659 MDA 2013 dated |
| | : | September 18, 2014 Affirming the |
| v. | : | Judgment of Sentence of the Court of |
| | : | Common Pleas of Lancaster County, |
| | : | Criminal Division, dated August 16, |
| THOMAS MICHAEL LUTZ-MORRISON, | : | 2013 at No. CR-36-0003611-2012. |
| | : | |
| Appellant | : | ARGUED: March 8, 2016 |

**DISSENTING OPINION**


**JUSTICE WECHT**                                        **DECIDED:  August 15, 2016**

I join in the reasoning of Justice Todd's dissenting opinion, subject to the reservations that I explained in my dissenting opinion in A.S. v. Pa. State Police, 24 MAP 2014, J-36-2016 (Pa. filed Aug. 15, 2016 ) (Wecht, J., dissenting).